IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Boeing Capital Corporation and
MDFC Equipment Leasing Corporation,

Plaintiffs,

v.

Russell G. Felten and
American Dairies, Inc.,

Defendants.

**CIVIL FILE NO. 00-CV-2568 RHK/JMM**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

This Stipulation is entered into by and between Boeing Capital Corporation and MDFC Equipment Leasing Corporation ("Plaintiffs") and Russell G. Felten ("Felten") through their undersigned counsel as follows:

1. In consideration of the representation made by Felton herein, Plaintiffs agree that Defendant Felten shall have until January 11, 2001, to serve his Answer in the above-captioned matter.

2. Defendant Felten represents that he has not received funds from Progressive Dairies of Georgia, Inc., which is presently a Debtor and Debtor-in-Possession before the United States Bankruptcy Court, District of Minnesota, Bankruptcy Case No. 00-44853-NCD, under Chapter 11 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Case")from the date of the commencement of the Bankruptcy Case and, further, that no funds from Progressive Dairies of Georgia, Inc., have or will be used to pay any attorney's fees or any costs of Defendant Felton in connection with the above-captioned matter.

N:\PL\PLR\36478.wpd

JAN 09 2001
CLERK
JUDGMENT
DEPUTY CLERK

Dated: ~~December~~ Jan 9, 2000

FABYANSKE, WESTRA &HART, P.A.

By: ______________________
Paul L. Ratelle (#127632)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115
ATTORNEYS FOR BOEING CAPITAL CORPORATION AND MDFC EQUIPMENT LEASING CORPORATION

Dated: ~~December ___, 2000~~ January 5, 2001

FOSTER, WENTZELL, HEDBACK & BREVER, LLC

By: ______________________
John A. Hedback (#142438)
201 Anthony Place
2855 Anthony Lane South
St. Anthony, MN 55418
(612) 789-1331
ATTORNEYS FOR DEFENDANT RUSSELL G. FELTEN

**ORDER**

Order is hereby entered in accordance with the foregoing Stipulation.

Dated: January 9, 2001

The Honorable John M. Mason
Magistrate Judge
United States District Court
District of Minnesota