**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Boeing Capital Corporation and
MDFC Equipment Leasing Corporation

Plaintiffs,

v.

**CIVIL FILE NO. 00-2568 RHK/JMM**

Russell G. Felten and
American Dairies, Inc.

Defendants.

**STIPULATION TO DISMISS WITHOUT PREJUDICE AND ORDER**

The parties hereto through their undersigned counsel hereby stipulate and agree that the above-captioned matter is hereby dismissed without prejudice and the parties hereto shall each bear his or its own costs and disbursements herein.

The parties hereto hereby further stipulate and agree that the Court shall enter an Order of dismissal as provided herein.

Dated: October 8, 2001.

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]
Paul L. Ratelle (#127632)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115
**ATTORNEYS FOR PLAINTIFFS**

C:\WINDOWS\TEMP\137816.doc

OCT 16 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 8, 2001.

**FOSTER, WENTZELL, HEDBACK & REVER**

By: ______________________________

John A. Hedback (#142438)
201 Anthony Place
2855 Anthony Lane South
St. Anthony, MN 55418
(612) 789-1331
**ATTORNEYS FOR DEFENDANTS**

**IT IS HEREBY ORDERED:**

Based upon the foregoing Stipulation, it is hereby ordered that the above-captioned matter is dismissed without prejudice and each party shall each bear his or its own costs and disbursements herein.

Dated: 10/11/01

______________________________
Honorable Richard H. Kyle
Judge of United States District Court